Form B16B
12/94

22 A

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF ___VIRGINIA___

In re ___MUSTAPHA ANOUA SR.___
              Debtor

Case No. _19 - 11201 - BFK_

Chapter _7_

DEAR SIR/MADAM:

RE: MOTION TO EXPEDITE HEARING

DATE: 04-22-2019

MR. MUSTAPHA WAS ON MONTH TO MONTH LEASE, HE RECEIVED THE
30 DAYS MOVE-OUT NOTICE ON 02-27-2019, HE FAILED TO MOVE OUT
ON MARCH 30, 2019 AND REFUSED TO MOVE OUT LATER. WE FILED THE
EVICTION CASE AND THE HEARING DATE IS 04-26-2019. WE JUST
GOT HIS BANKCRUTPCY NOTICE ON 04-20-2019. WE REALLY EXPECTING
TO CONTINUE OUR EVICTION CASE HEARING ON THAT DAY. THANK YOU
VERY MUCH FOR THE HELP.

PLEASE REFERECE OF THE ATTACHE DOCUMENTS FOR MORE DETAILS.

BEST REGARDS,

Xiaohang Zhou
ZHOU, XIAOHANG

Li Li (571-239-4946)

MAILING ADRESS: 8401 TILLETT LOOP, MANASSAS, VA 20110

<u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this ___22___ day of _April_, 20_1_9_.

_____

Li Li

mail to

Anoua, Mustapha S.

2007 Oswald Pl.

Falls Church VA 22043

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Alexandria</u>   Division

In re:

    MUSTAPHA ANOUA SR.    Case No. 19-11201-BFK
        Debtor(s)    Chapter 7

Plaintiff(s)        Adversary Proceeding No.

v.

Defendant(s)

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: MOTION TO EXPEDITE HEARING
Date Document Filed: 04-22-2019
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Li Li        ZHOU, XIAOHANG
_____   _____
Name of Pro Se Party (Print or Type)   Name of Pro Se Party (Print or Type)

_____   _____
Signature of Pro Se Party        Signature of Pro Se Party

Executed on: 04-22-2019    (Date)

[2090edva ver. 09/17]

To: United State Bankruptcy Court                          April 21, 2019
Eastern District of Virginia
200 S. Washington Street
Alexandria, VA 22314

From: Li, Li and Xiaohang Zhou, the owners of
2007 Oswald Place,
Falls Church, VA 22043

Dear Sir/ Madam:

You're Honors,

Re: Petition to lift the automatic stay in our property at
2007 Oswald Place, Falls Church, VA 22043

We are the owners of the above property who have filed the eviction case against our
tenant Mr. Mustapha Anoua who filed Chapter 7 bankruptcy case # 19-11201-BFK

Mr. Mustapha Anoua had the month by month lease with us since September 09, 2016,
he received the 30days move-out notice on February 27, 2019 and failed to move out on
March 30, 2019, so we filed the eviction and the hearing date is April 26, 2019, This case
is not about nonpayment rental but the eviction of unlawful staying in our property.

We were surprised when we received the letter of Mr. Mustapha Anoua's bankruptcy
case on 04/20/2019 because he told us he wants to buy our house if we sell it or they
offered a higher rent to stay when he received the move-out notice. Another thing we
found out in this February he subleased our property without our permission through
Airbnb.com at least 36 reviews online for sure.

We are really expecting to continue our eviction case on April 26, 2019.
Thank you very much for your help.

P.S. The eviction paper
       The certified 30 days move out notice
       The subleased our property information from Airbnb.com
       The lease agreement
       The text messages

Best regards,

Li, Li

Xiaohang Zhou
The mailing address:
8401 Tillett Loop, Manassas, VA 20110

# SUMMONS FOR UNLAWFUL DETAINER (CIVIL CLAIM FOR EVICTION)

Commonwealth of Virginia
VA. CODE § 8.01-126

**FAIRFAX COUNTY**
CITY OR COUNTY ......................................................... General District Court

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You are commanded to appear before this Court on
........................................ 2.6.2.0.1.9 ..................................... to answer this civil claim.
RETURN DATE AND TIME

4110 CHAIN BRIDGE ROAD, FAIRFAX, VA 22030
STREET ADDRESS OF COURT

and that the Defendant should be removed from possession based on the following:
[ ] unpaid rent. PQ, tenant were on month to month and/received 30-days move out notice/failed to move out.
and further that rent is due and owing and damage have been incurred as follows:
$ ................................. rent due for .................... PERIOD

$ ................. RENT
and $ ................................. damages for ........................................... late fee
$ .......... 195.00 ...... costs and $ ....... 490.00 ..... civil recovery and $ .... 525.00 .... attorney's fees,
with interest .............................. RATE(S) AND BEGINNING DATE(S)

**CLAIM AND AFFIDAVIT:** That Defendant(s) unlawfully detains and withholds from Plaintiff(s):
2007 OSWALD PLACE, FALLS CHURCH, VA 22043
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

[X] This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, § 55-248.2 et seq of the Code of Virginia.
[ ] required notice have been given.

Subscribed and sworn to before me this ................. day of ..................................... 20 ....... .
My commission expires: .....................................
NOTARY REGISTRATION NO. .....................................
[ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE  [ ] NOTARY PUBLIC
[ ] City  [X] County of ... FAIRFAX ...

## CASE DISPOSITION
JUDGMENT that Plaintiff(s) recover against .................... [ ] named DEFENDANT(S).
[ ] Immediate writ of possession [ ] ordered pursuant to Va. Code § 8.01-128.
[ ] possession of the premises described above pursuant to § 8.01-128.

[ ] A hearing shall be held on ................. to establish final rent and damages.
DATE

[ ] Immediate writ of possession [ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
[ ] granted pursuant to Va. Code § 55-243(C) or § 55-248.34:1(C).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

[ ] and $ ................................. costs and $ ................... civil recovery and $ ................... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S)
[ ] NON-SUIT [ ] DISMISSED [ ] DISMISSED DEFENDANT(S) PRESENT? [ ] YES [ ] NO

[ ] Rent, in the sum of $ ................... and $ ................... late fee
DATE

[ ] and $ ................... damages with interest ........................... and
................................... costs and $ ...................
DATE ......................................... JUDGE

FORM DC-421 FRONT 10/18

---

**CASE NO.** GV140008370-00

**H.H.**
PLAINTIFF(S) (NAMED) (LAST, FIRST, MIDDLE)
(571)-239-4946
TELEPHONE NUMBER

Zhou, Xiaohong
(571) 201-1768

V.

Simonenko, Anastasiya
DEFENDANT(S) (NAMED) (LAST, FIRST, MIDDLE)
(703)-346-9738
TELEPHONE NUMBER

Angus, Mustapha S
(703) 346-3882
TELEPHONE NUMBER

GENERAL DISTRICT COURT
FAIRFAX COUNTY
CIVIL DIVISION

**TO DEFENDANT:** You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting a change of trial location and your right
to prevent the unlawful detainer action through payment
of amounts owed.

[ ] To dispute this case, you must appear on the return
date to try this case

[ ] To dispute this case, you must appear on the return
date for the judge to set another date for trial.
If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Bill of Particulars ordered ...........................
DUE DATE

Grounds of Defense ordered ...........................
DUE DATE

ATTORNEY FOR PLAINTIFF(S)
...........................................
DUE DATE

ATTORNEY FOR DEFENDANT(S)
...........................................  ...........................................
TELEPHONE NUMBER

DISABILITY ACCOMMODATIONS for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

**HEARING DATE AND TIME**

FILED
2019 APR - 8 A 8:53

HEARING DATE AND TIME

[ ] Redemption tender
presented; continued to:

[ ] Defendant must pay:
$ ...................
RENT OWED
into the court to be held in
escrow by ...................

and any rents coming due prior
to the next hearing date must
also be paid into the court.

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION
...........................................
JUDGE'S INITIALS
...........................................
DATE            CLERK

FORM DC-421 REVERSE 10/18

**To the Defendant(s):**

(1) The preferred location for an Unlawful Detainer (Civil Claim for Eviction) action is the city or county where the property is located. If the plaintiff has filed this case in a city or county other than where the property you rent is located, you may object to the location. The court may transfer the case to the preferred location, if the court agrees with your objection. To object to the location of the suit, you must do the following:

• Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

• File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.

• If you mail your written request to the court, the clerk will notify you of the judge's decision.

(2) If you pay the landlord or this attorney or pay into court all (i) rent due and owing as of the court date as contracted for in the rental agreement, (ii) other charges and fees as contracted for in the rental agreement, (iii) late charges contracted for in the rental agreement, (iv) reasonable attorney fees as contracted for in the rental agreement or as provided by law, and (v) costs of the proceeding as provided by law, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55-243 or 55-248.34:1. You may exercise this right only once every 12 months that you continue to live in the same place, regardless of the term of the rental agreement or any renewal term.

(3) You may tell your landlord that you want another person to receive a copy of this summons, and the landlord shall send a copy to that person. However, the person you identify will not, by receiving a copy of the summons, become a party to the case or be able to challenge the landlord's actions on your behalf. Virginia Code § 55-248.9:1

I certify that I mailed a copy of this document to the defendants named therein at the address show therein on

.........................
4/1/2019
DATE

[ ] PLAINTIFF   [ ] DEFENDANT   [X] PLAINTIFF'S ATTORNEY   [X] PLAINTIFF'S AGENT

Fi. Fa. issued on ...........................

Interrogatories issued on ...........................

Garnishment issued on ...........................

---

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

Name ........................................   Simonenko, Anatoliy.

Address ........................................   2007 Oswald Place,

........................................   Falls Church, VA 22043

Tel. No. ........................................   (703) 346-9738

[ ] Personal Service

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found

DATE ........................   for _____

_____
SERVING OFFICER

---

Name ........................................   Anous, Mustapha S.

Address ........................................   2007 Oswald Place,

........................................   Falls Church, VA 22043

Tel. No. ........................................   (703) 336-3882

[ ] Personal Service

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found

DATE ........................   for _____

_____
SERVING OFFICER

# LEASE TERMINATION LETTER
### (FOR MONTH TO MONTH TENANCY)

To: Mustapha S Anoua and Anastasiya Simonenko (tenants)
2007 Oswald Place, Falls Church, VA 22043

The certified mail number:

Dear tenants:   70118 3090 0001 9844 8280

We are your landlords and this is the tenant's official notice that your month to month lease will be terminated on the 30th day of March, 2019.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The day of move-out, both parties should walk through the house to perform the move-out inspection. The time for this should be on the termination date or on any date agreed upon by landlords and tenants.

The tenants agree to arrange for all of the utilities to be TURNED-OFF upon move-out. The tenants must cancel the accounts and paid off their balance the accounts by their names.

Best regards,

Signature _____

Print Name   Li Li & XIAOHANG ZHOU (Landlords)
Contact Phone number: 571-239-4946

### CERTIFICATE OF SERVICE

I certify that on the 25th day of February, 2019, I served this notice to the post office by the certified mail addressed to the persons in possession.

Signature _____

Print name   Li Li

On Time

Expected Delivery on

WEDNESDAY

**27** by
**8:00pm** ⓘ

Delivered

Get Updates

# Amendment to Lease Agreement

This is an Amendment to the Residential House Lease Agreement (hereinafter "Agreement") dated Oct. 18, 2015 between Li, Li & Xiaohang Zhou ("Landlord") and Mustapha Anoua & Anastasiya Simoneko ("Tenants") regarding property located at    2007 Oswald Place, Falls Church, VA 22043 ("the premises")

This amendment is part of the Agreement between Landlord and Tenant. In all other respects, the terms of the Agreement shall remain in effects.

WHEREAS, the Tenants are having executed the current Agreement pursuant to the terms of which Tenants have leased 2007 Oswald Place, Falls Church, VA 22043.
WHEREAS, the Landlord and the Tenants have agreed to make certain modifications to the Agreement:
NOW THEREFORE, in consideration of the mutual promises contained herein and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, effective , the parties agree as follows:

The landlord agreed that the tenants request to pay the rent $ 1900 monthly at 10th each month instead of the first day each month as the rent due day but still have to pay fully rent and the late charge should be paid by the tenants on and after 13th each month if the rent not deposited on the 13th day of the month to the landlord's account.

All other terms of the existing lease agreement will remain in effect except the Agreement's ending date will be Nov. 09, 2016 because the rent due day being changed in order to make a full month rent that means the Agreement will be expired on Nov. 09, 2016 instead of Oct. 18, 2016.

Landlord Name: Li, Li & Xiaohang Zhou

Landlord signature: _____

Date:  6 / 16 / 16

Tenant Name: Mustapha Anoua & Anastasiya Simoneko

Tenant Signature: _____

Date: 6/14/16

# RESIDENTIAL HOUSE LEASE AGREEMENT

THIS HOUSE LEASE AGREEMENT (hereinafter "Agreement") is entered into, a single family house between the Lessors: LI LI & XIAOHANG ZHOU (Hereinafter "Landlord") and the Lessees: MUSTAPHA ANOUA & ANASTASIYA SIMONENKO (Hereinafter "Tenants") In regards to the Property: 2007 Oswald Place Falls Church, VA 22043 (Hereinafter "House") The Landlord and Tenants do hereby agree to abide by the terms set out in this Agreement. The terms of this Agreement are as follows:

## THE HOUSE

In consideration of the rent payment to be paid by Tenants and of the other covenants and agreements herein contained, the Landlord rents to Tenants the House.

Tenants shall use the House only for residential purposes. Tenants shall not use or allow the use of the House in any way that interferes with other tenants' use and enjoyment of the House or neighboring property. Tenants shall not use the House for any illegal or improper use. Additionally, the Tenants shall comply with all Zoning Ordinances, Protective Covenants and Deed Restrictions.

The Tenants agree that the House shall be a non-smoking environment. No smoking is allowed anywhere in the House.

The Tenants agree while pets are permitted in the House they are subject to the following: N/A. The Tenants acknowledge that they are exclusively responsible for any and all damage caused to the House by any pet residing in, or visiting the House.
The House includes 3 bedrooms; 2 full bathrooms.
Parking is available with the House. It is described as: one open garage and two drive way parking space.

## PAYMENT SCHEDULE AND DETAILS

The Tenants agree to pay a Monthly rate of One Thousand and Nine Hundreds Dollars ($1900 USD). Payment shall be made in the form of Check or Cash, on or before: 1st day of each month during the entire length of this Agreement. Payments shall be made to the landlord's accountant, the account # 1563289946 of Capital One Bank. The landlord address is 8401 Tillett Loop Manassas, VA 20110

Rent payment can be paid to landlord's account by tenants' bank account on or by the 1st of every month, or at such other place as the Landlord and Tenants agree upon.

Should a Tenant's payment be returned for insufficient funds, the Tenants shall be liable to the Landlord for $30 as a bank fee.

Should a Tenant's payment be two days or more than two days late, the Tenants shall be liable to the Landlord for $ 1% of monthly rent(that is $19 per day) per day as a fee.

The Tenants agree to deliver a Security Deposit to the Landlord in the amount of $1850.00 (Hereinafter "Deposit"). The Deposit will be returned to the Tenants at the end of this Agreement, after less deduction.

The Tenant is not entitled to interest on the Deposit.

The parties acknowledge that the Landlord will be permitted to deduct from the Deposit any amounts for reasonable cleaning and repair of damages to the House at the end of this Agreement. Ordinary wear and tear will be excepted.

The Deposit may not be used by either party for any payment due under this Agreement.

If the Landlord sells or assigns the House, the Landlord shall have the right to transfer the Tenants Deposit to the new owner or assignee to hold under this Lease and upon doing so the Landlord shall be released from all liability to Tenants for return of said Deposit.

LENGTH OF AGREEMENT

This Agreement shall begin October 1, 2015 and will remain in effect until September 30, 2016 unless renewed or extended pursuant to the terms herein and shall be based on a monthly term.

TERMINATION

After expiration of the leasing period, this agreement is automatically renewed from month to month, but may be terminated by either party giving to the other a 30-day written notice of intention to terminate. Where laws require "just cause", such just cause shall be so stated on said notice. The premises shall be considered vacated only after all areas including storage areas are clear of all Tenants belongings, and keys and other property furnished for Tenants use are returned to Landlord. Should the Tenants hold over beyond the termination date or fail to vacate all possessions on or before the termination date, Tenants shall be liable for additional rent and damages which may include damages due to Landlord loss of prospective new renters.

DEFAULT

If Tenants fails to fulfill or perform any obligation under this Agreement, Tenants shall be in default of this Lease. Tenants shall receive 5 DAYS TO PAY OR QUIT notice by Landlord to cure the default (i.e. non-payment of rent). In the event Tenants does not cure a default, Landlord may at Landlord option cure such default and the cost will be added to Tenants financial

obligations under this lease, or declare Tenants in default of the Agreement. Landlord may re-enter the premises and re-take possession of the House in the event of default. After default, Tenants may be held liable for the balance of the unpaid rent under this Agreement if Landlord cannot re-let the House during the remaining term of this Agreement.

TENANT RESPONSIBILITIES

The Tenants agree to accept responsibility for the following:

- Mowing service and keep the yards good maintenance
- Tenants are responsible for the property damages caused by tenants
- Professional inner house clean before move out

The Tenants shall comply with all obligations imposed upon tenants by applicable provisions of housing, and health codes; maintain the House in good condition during the entire length of this Agreement and shall neither cause nor allow any abuse of the facilities therein.

The Tenants shall inform the Landlord of any conditions that may cause damage to the House. If the House, or any part of the House, is partially damaged by fire or other casualty not due to the negligence or willful act of the Tenants or an agent of the Tenants, the House will be immediately repaired by the Landlord and there will be an abatement of rent corresponding with the time during which the House was untreatable.

Upon the termination or expiration of this Agreement the Tenants shall redeliver the property, amenities, furniture, appliances and any other applicable aspects of the House, in as good condition as at the commencement of the Agreement or as may be put in during the Agreement. Reasonable wear and tear from use and obsolescence to the House shall be accepted. Furthermore, the Landlord retains a Landlords Lien on all personal property placed upon the premises to secure the payment of rent and any damages to the House.

UTILITIES

The rental payments do not include the utilities:
Tenants are responsible for paying the monthly utilities bills and also responsible for the utilities damages caused by tenants. Tenant is hereby strongly advised to obtain his own home warranty.

APPLIANCES

The House includes the following appliances for the Tenants use:

- Washer
- Dryer
- Stove
- Dishwasher

- Refrigerator
- Air-Conditioning
- Gas heating

## FURNITURE

*The Agreement does not include furniture.*

## HOUSE ALTERATIONS

Tenants shall make no alterations, additions or improvements to the House (including the application of paints, stains, nails or screws to the woodwork, walls, floors or furnishings) without first obtaining the express written consent of the Landlord.

## INSURANCE

Tenant acknowledges that Landlord's insurance does not cover tenant's personal property damages caused by fire, water, theft, rain, war, acts of God, acts of others, and/or any other causes, nor shall Landlord be held liable for such losses. Tenant is hereby advised to obtain his own insurance policy to cover any personal losses.

## ENTRY FOR REPAIRS OR SHOW

In addition to the rights provided by the laws applicable to the State of Virginia, the Landlord shall have the right to enter the House at all reasonable times for the purpose of inspecting the and/or showing the same to prospective tenants, and to make such reasonable repairs and alterations as may be deemed necessary by the Landlord for the preservation of the House to remove any alterations, additions, fixtures, and any other objects which may be affixed or erected in violation of the terms of this Agreement. The Landlord shall give reasonable notice of intent to enter the House except in the case of an emergency.

## QUIET ENJOYMENT

The Tenants shall be entitled to quiet enjoyment of the House for the term of this Agreement provided that the Tenants pays rent in a timely manner and performs all covenants and obligations under this Agreement.

## DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT

Housing built before 1978 may contain lead based paint. Lead from paint, paint chips, and dust can pose health hazards if not taken care of properly. Before renting any housing built before 1978, Landlord must disclose the presence of known lead-based paint hazards in the dwelling. Tenants must also receive a federally approved pamphlet on lead poisoning prevention.

The Landlord has provided the Tenants with all available records, reports and information pertaining to any and all lead based hazards in or around the premises.

## POSSESSION AND SURRENDER OF THE HOUSE

At the expiration of the Agreement Term, Tenants shall immediately surrender the House to the Landlord in the same condition as at the start of the Agreement, reasonable wear and tear elements excepted. The Tenants shall return a complete set of keys to the Landlord and provide in writing, the Tenants forwarding address. If any Tenant remains on the House after the expiration or termination of this Agreement without the Landlord written permission, the Landlord may recover possession of the House in the manner provided for by law.

## ABANDONMENT

Abandonment is defined as absence of the Tenants from the premises for a period of seven (7) or more consecutive days while rent or any owing monies remain unpaid - whereupon Tenants will be considered in breach of this Agreement. If Tenants abandons the House during the term of this Agreement, the Landlord may enter the House by any legal means, without being liable for such entering, and without becoming liable to the Tenants for damages caused upon entering. Landlord may consider any personal property belonging to the Tenants and left on the property to also have been abandoned, in which case the Landlord may dispose of all such personal property in any manner the Landlord deems proper without becoming liable to the Tenants for doing so.

The Landlord may at its option terminate the Agreement and re-let the House, and may receive and collect all rent payable by virtue of such re-letting. Had this Agreement continued in force, the Landlord may hold the Tenants liable for any difference between the rent that would have been payable under this Agreement during the balance of the unexpired term and the net rent for such period realized by the Landlord by means of the re-letting.

## LEGAL FEES

If the Tenants is in breach of this Agreement, and the Landlord finds it necessary to enforce this Agreement, or collect rental or other damages, through an attorney or in a legal action, the Landlord shall be indemnified by the Tenants for any reasonable attorneys' fees and out-of-pocket costs which in any way relate to, or were precipitated by, the breach of this Agreement by the Tenants.

## WAIVER

The Landlord's failure to enforce or insist on compliance with any provisions of this Agreement shall not be deemed a waiver nor a limitation of the Landlord's right to enforce or insist on compliance with the provisions of this Agreement.

## BINDING EFFECT

Excepts otherwise provided in this Agreement, all of the covenants, conditions, and provisions of this Agreement shall apply to and bind the parties and the heirs, personal representatives, successors, and assigns of the parties.

## HEADINGS

Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement.

## ASSIGNMENT, SUB-LET AND LICENSE

The Tenants shall not assign, sub-let or license any part of the House. An assignment, sub-letting or license without the prior written consent of the Landlord or an assignment or sub-letting by operation of law shall be absolutely null and void and shall, at the Landlord option, terminate this Agreement.

## AMENDMENT OF AGREEMENT

Any amendment or modification of this Agreement or additional obligation assumed by either party in connection with this Agreement will only be binding if evidenced in writing signed by both parties.

## ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the parties and supersedes any prior written or oral covenants or representations relating thereto and not set forth herein shall be binding on either party hereto. This Agreement may not be amended, modified, extended, or supplemented except by written instrument executed by the Landlord and Tenants. The Landlord has made no representation or warranty to Tenants except as herein expressly set forth.

## SEVERABILITY

Should any conflicts arise between any party of this Agreement and the applicable legislation of the State of Virginia, the State Laws will prevail and such provisions of the Agreement will be amended or deleted as necessary in order to comply with the State Laws. Furthermore, any provisions that are required by State Laws may be subsequently incorporated into this Agreement.

In the event any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Agreement.

## ADDITIONAL PROVISIONS

Pet's damage deposits may be applied to this agreement or tenants are responsible for the pet's damages. Pets clean and behavior control also needed.

The parties hereby indicate by their signatures below that they have read and agree with the terms and conditions of this Agreement in its entirety.

**Landlord:**

Signature: _____

Print: _____  Dated: _10/18/15_

Signature: _____

Print: _XIAOHANG ZHOU_  Date: _10/18/15_

**Tenant:**

Signature: _____

Print: _Mustapha Anoua_ Dated: _10/18/15_

Signature: _____

Print: _Anastasiya_ _____ Dated: _10/18/15_
_Simonenko Anoua_





Share    Save

View Photos

**ENTIRE HOUSE**

# Private basement apartment by Tysons Corner VA

Falls Church



Mustapha

3 guests    1 bedroom    1 bed    1 bath

**Great location**
90% of recent guests gave the location a 5-star rating.

**Great check-in experience**
100% of recent guests gave the check-in process a 5-star rating.

# The neighborhood

Mustapha's home is located in Falls Church, Virginia, United States.

Quiet residential neighborhood. Close to Tyson's Mall and metro stations(West-Falls Church and Tyson's). Close to many wonderful local restaurants.



# Policies

## House Rules

Not safe or suitable for children (0-12) and pets

No smoking, parties, or events

Check-in time is 3PM - 2AM (next day) and check out out by 12PM (noon)

## Cancellations

**Moderate - Free cancellation for 48 hours**
After that, cancel up to 5 days before check-in and get a full refund, minus the service fee.

November 2018

1        2        3       ⋯        5        

# Hosted by Mustapha



Joined in October 2015

★ 29 Reviews   ✿ Verified

Languages: **English, Español, Français, العربية**

Response rate: **100%**

Response time: **within an hour**

| Contact host |
| --- |

**Always communicate through Airbnb** · To protect your payment, never transfer money or communicate outside of the Airbnb website or app. **Learn more**

## About the home

When you stay in an Airbnb, you're staying in someone's home.

This is Mustapha's place.



Ann helps host.



**February 2019**                    **March 2019**

|   |   |   | 1 | 2 |   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

# 29 Reviews ★ ★ ★ ★ ★

Q **Search reviews**

| Accuracy | ★ ★ ★ ★ ★ |
| Communication | ★ ★ ★ ★ ★ |
| Cleanliness | ★ ★ ★ ★ ★ |
| Location | ★ ★ ★ ★ ★ |
| Check-in | ★ ★ ★ ★ ★ |
| Value | ★ ★ ★ ★ ★ |



**Ronald L**
January 2019

Mustapha has a very nice home and is a very pleasant host. Extremely responsive and works to ensure you enjoy your stay. His property is in a nice quiet neighborhood but very close to plenty of places to eat, etc.



**Response from Mustapha:**
Ronald was a great guy, i will recomand him to any host and i will host him if he is in the area again.

January 2019



**Vince**


January 2019

it was a great clean basement room in a quiet neighborhood as advertised

 **Jeremy**
January 2019

Great value for being this close to Tyson's.

**Chris**
December 2018

The little house on Oswald street has a spacious basement apartment. Centrally located, stylish, and comfortable. You will be pleasantly surprised.

**Phillip**
December 2018

Expect a great stay, great host, great communication. Pretty good price for the stay and the space. Thanks again for everything.

**Norma**
November 2018

The place was very clean. Although a TV is listed, regular channels are not available. You must use your own NetFlix, hulu, etc accounts to watch tv. Good deal for the money.

**Travis**
November 2018

Great location, amazing value, terrific host.

> **Response from Mustapha:**
> Great guest, polite and very understanding, will host him at anytime and recomand him to any good host.

TFW · 5:54 PM · 100%

🔒 airbnb.com

**Overview** · Reviews · The Host · Lo ⟩

← **February 2019** →

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |
|    |    |    |    | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |    |    |

# 30 Reviews ★★★★✦

**$85** per
night

★★★★✦ 30

Request to Book

**ıılı TFW   LTE**              **8:42 PM**              @ ⟁ 97% ▬■▶

🔒 airbnb.com

**Overview** · **Reviews** · **The Host** · **Lo**  ⟩

← **March 2019** →

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |
| **17** | **18** | **19** | **20** | **21** | **22** | **23** |

**$94** per
night

★★★★⯪ 34

**Request to Book**

TFW 📶 🛜          7:09 PM          @ ⟋ 100% 🔋 

🔒 airbnb.com

---

## Overview · Reviews · The Host · Lc  ❯

Updated 13 days ago

   **March 2019**          

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|

**$95** per
night

★★★★⯪ 36

**Request to Book**

•••] TFW 📶   **7:09 PM**   ⊕ ↗ 100% ▬ 

🔒 airbnb.com

## Overview · Reviews · The Host · Lc 〉

# Updated 13 days ago

← **April 2019** →

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |    |    |    |    |

**$95** per
night

★★★★⯪ 36

Request to Book

 TFW 🛜   **2:41 PM**   ⊕ ⚐ **83%** ▐█▌▸

🔒 airbnb.com

Overview · Reviews · **The Host** · Location

# Hosted by Mustapha



Joined in October 2015

★ 36 Reviews   ✪ Verified

Languages: العربية, **English, Français, Español**

Response rate: **90%**

Response time: **within an hour**

> Contact host

**Always communicate through Airbnb** · To protect your payment, never transfer money or communicate outside of the Airbnb website or app. **Learn more**

📶 TFW 📶     **2:41 PM**    ⓐ ⌁ **82%** 🔋

🔒 airbnb.com

**Overview · Reviews · The Host · Lo** ⟩

# The neighborhood

Mustapha's home is located in Falls Church, Virginia, United States.

Quiet residential neighborhood. Close to Tyson's Mall and metro stations(West-Falls Church and Tyson's). Close to many wonderful local restaurants.

**Read more about the neighborhood**    ⌄



**Open map**

**S Tenant2011-2018**

Fri. May 29 12:06

If u selling this
house? Plz let me
know that m
considering buying
a house and first
choice its this house
if you are selling it.
Thank you