B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)    EDVA (12/16)

**FILED**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
__Alexandria__ Division

2019 APR 22 P 3: 37



In re: Mustapha Anoua SR.    )
    )
*[Set forth here all names including married, maiden, and* )
*trade names used by debtor within last 8 years.]*    )    Case No. 19-11201
    )
    Debtor    )    Chapter 7
    )
Address _____    )
    _____    )
    )
Last four digits of Social Security or Individual Tax-payer )
Identification (ITIN) No(s).,(if any): _____    )
    )
Employer's Tax Identification (EIN) No(s).(if any): ____    )
    )

## NOTICE OF MOTION (OR OBJECTION)

__Li Li and Xiaohang Zhou__ has filed papers with the court to __Montion to Relief from Stay and Montion to expedited Hearing__

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (**If you do not have an attorney, you may wish to consult one.**)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____, you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing *[or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]*. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court

    _____
    _____

You must also send a copy to:

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☑ Attend the hearing on the motion (or objection) scheduled to be held on __May 8, 2019__ at __9:30__ a. m. at United States Bankruptcy Court, __200 S. Washington St.__ __Rm I Floor 2, Alexandria, VA 22030__.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __4/22/2019__

Signature, name, address and telephone number of person giving notice:

__Li Li__ _(signature)_

~~Xiaohang Zhou~~ _Xiaohang Zhou (signature)_

Virginia State Bar No. _____
Counsel for _____

## Certificate of Service

I hereby certify that I have this __22__ day of __April__, 20__19__, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_(signature)_ Li Li

_Xiaohang Zhou (signature)_ XIAOHANG ZHOU

① MUSTAPHA ANOUA SR
2007 OSWALD PL, FALLS CHURCH, VA 22043    (DEBTOR)

② LOIS HAINE UPTON
UPTON LAW FIRM
7369 McWHORTER PLACE SUITE 412
ANNANDALE, VA 22003    (ATTORNEY)

③ JANET M. MEIBURGER
THE MEIBURGER LAW FIRM, P.C.
1493 CHAIN BRIGE ROAD, SUITE 201
McLEAN, VA 22101-5726    (TRUSTEE)