**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MUSTAPHA ANOUA, SR, | ) | Case No. 19-11201-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

Upon consideration of the Movants Li Li and Xiaohang Zhou's Motion to Expedite Hearing (Docket No. 14), on their Motion for Relief From Stay (Docket No. 12), it is

**ORDERED:**

1. The motion to expedite hearing is granted, and a hearing on the Motion for Relief From Stay (Docket No. 12), will be held on **Wednesday, May 8, 2019 at 9:30 a.m.**.

2. The requirement of filing a written opposition is waived.

3. The Movants shall give notice of this hearing by close of business on **April 23, 2019**.

4. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Apr 22 2019        /s/ Brian F. Kenney
                         Brian F. Kenney
Alexandria, Virginia     United States Bankruptcy Judge

Copies to:               Entered on Docket: April 23, 2019

Mustapha Anoua, SR             Lois Ilaine Upton, Esquire
2007 Oswald Place              7369 McWhorter Place, Suite 412
Falls Church, VA 22043         Annandale, VA 22003
*Chapter 7 Debtor*             *Counsel for Chapter 7 Debtor*

1

Janet M. Meiburger
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726
*Chapter 7 Trustee*

Li Li
Xiaohang Zhou
8401 Tillett Loop
Manassas, VA 20110
*Movants*